**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6774**

_____

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

DEMORRIS ALEXANDER JAMES,

                Defendant – Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:05-cr-00161-JBF-JEB-1)

_____

Submitted:  October 14, 2010          Decided:  November 3, 2010

_____

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Demorris Alexander James, Appellant Pro Se.  Sherrie Scott
Capotosto, Assistant United States Attorney, Norfolk, Virginia,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demorris Alexander James appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion and reducing his sentence from 180 months' to 150 months' imprisonment based on a two-level reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. James, No. 2:05-cr-00161-JBF-JEB-1 (E.D. Va. Jan. 6, 2010); see also Dillon v. United States, 130 S. Ct. 2683, 2693-94 (2010) (clarifying that § 3582(c)(2) does not authorize a resentencing, but rather permits a sentence reduction within the narrow bounds established by the Commission, and concluding that United States v. Booker, 543 U.S. 220 (2005), does not apply to § 3582(c)(2) proceedings). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED